NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1087

BUSHNELL INC. and LASER TECHNOLOGY, INC.,

Plaintiffs-Appellees,

v.

THE BRUNTON COMPANY, LS GLOBAL, LLC, and
LANSHUO PHOTOELECTRIC SCIENCE AND TECHNOLOGY COMPANY LTD.,

Defendants-Appellants.

Appeal from the United States District Court for the District of Kansas
in case no. 09-CV-2009, Judge Kathryn H. Vratil.

ON MOTION

ORDER

The appellants move for a 60-day extension of time, until March 26, 2010, to file their opening brief. Counsel for the appellants also move for leave to withdraw as counsel.

IT IS ORDERED THAT:

1)    The motion to withdraw as counsel is granted. New counsel for the appellants must enter an appearance within 30 days of the date of filing of this order or this appeal will be dismissed.

2)    The motion for an extension of time to file the opening brief is granted.

FOR THE COURT

FEB 16 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 16 2010

JAN HORBALY
CLERK

cc: J. Michael Huget, Esq.
Scott R. Brown, Esq.
The Brunton Company
Chongqing Lanshuo Photoelectric Science and Technology Co., Ltd.
LS Global LLC

s21